IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID KISSI,             :
    Plaintiff         :
                      :
v.                       :     CIVIL NO. AMD 01-3712
                      :
JOEL P. GOLDBERGER,      :
    Defendant         :
               ...oOo...

ORDER

The Motion for Reconsideration has been read and considered. This Order is appropriate under the circumstances.

It is this 12th day of September, 2002, by the United States District Court for the District of Maryland, ORDERED that

(1)    The Motion for Reconsideration (Paper No. 4) is DENIED

(2)    The Clerk shall TRANSMIT a copy of this order to all counsel and unrepresented parties.

ANDRE M. DAVIS
United States District Judge